# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA

v.

ANTHONY EVANS

DEFENDANT.

**CR 08 0011 JSW**

## INDICTMENT

Title 49 U.S.C. § 46503 - Interference with Security
Screening Person (Two Counts);
Title 18 U.S.C. § 1001(a)(3) - Use of False Document;
Title 18 U.S.C. § 1036 - Attempted Entry of Secure
Airport Area by False Pretenses

---

A true bill.

_____ Foreman

Filed in open court this ___8TH___ day of
___January___ _____

_____ Clerk

Bail, $ no bail

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

49 U.S.C. 46503 Assault on Security Screener
18 U.S.C. 1001 False Document
18 U.S.C. 1036 Entry By False Pretenses

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
1&2: 10 years prison, $250,000, 3 years sup'd release
3: 5 years prison, $250,000, 3 years sup'd release
4: 6 months prison, $5,000, 1 year sup'd release

**DEFENDANT - U.S.**
▶ Anthony Evans

CR 08 00011 JSW

3-07-70768 MEJ

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation, Special Agent Peter Adduci

☒ person is awaiting trial in another Federal or State Court, give name of court
San Mateo County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
3 07 70768 MEJ

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Owen P. Martikan

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges  } ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of institution
San Mateo County Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year   12/21/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ORIGINAL

FILED
08 JAN -8 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 08 0011 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 49 U.S.C. § 46503 – Interference With Security Screening Person (Two Counts); 18 U.S.C. § 1001(a)(3) – Use of False Document; 18 U.S.C. § 1036 – Attempted Entry of Secure Airport Area by False Pretenses |
| ANTHONY EVANS, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:         49 U.S.C. § 46503 – Interference With Security Screening Person

On or about December 21, 2007, in the Northern District of California, the defendant,

ANTHONY EVANS,

in an area within San Francisco International Airport, a common service airport, did knowingly assault A.S., a federal, airport, and air carrier employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties, in violation of Title 49, United States Code, Section 46503.

INDICTMENT

1 | COUNT TWO:     49 U.S.C. § 46503 – Interference With Security Screening Person
2 | On or about December 21, 2007, in the Northern District of California, the defendant,
3 | ANTHONY EVANS,
4 | in an area within San Francisco International Airport, a common service airport, did knowingly
5 | assault T.F., a federal, airport, and air carrier employee who had security duties within the
6 | airport, and such assault interfered with the performance of the duties of the employee and
7 | lessened the ability of the employee to perform those duties, in violation of Title 49, United
8 | States Code, Section 46503.
9 |
10 | COUNT THREE:    18 U.S.C. § 1001(a)(3) – Use of False Document
11 | On or about December 21, 2007, in the Northern District of California, in a matter within
12 | the jurisdiction of the Transportation Security Administration, an agency of the United States,
13 | the defendant,
14 | ANTHONY EVANS,
15 | did knowingly and willfully make and use a material false writing and document by presenting to
16 | a Transportation Security Administration security screener a California Drivers License bearing
17 | the name "Thomas Jackson," knowing the same to bear a materially false, fictitious and
18 | fraudulent statement and entry, in violation of Title 18, United States Code, Section 1001(a)(3).
19 |
20 | COUNT FOUR:     18 U.S.C. § 1036 – Attempted Entry of Secure Airport Area by False
21 |                 Pretenses
22 | On or about December 21, 2007, in the Northern District of California, the defendant,
23 | ANTHONY EVANS,
24 | did by fraud and false pretenses, enter and attempt to enter a secure area of San Francisco
25 | //
26 | //
27 | //
28 | //

INDICTMENT                             2

1 | International Airport, an airport, in violation of Title 18, United States Code, Section 1036.

3 | DATED: January 8, 2008        A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: *[signature]* )
AUSA MARTIKAN

INDICTMENT                                  3