**FILED**

1  JOSEPH P. RUSSONIELLO (CABN 44332)                FEB 1 1 2008
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)                    RICHARD W. WIEKING
3  Chief, Criminal Division                          CLERK U.S. DISTRICT COURT,
                                                      NORTHERN DISTRICT OF CALIFORNIA

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )      No. CR 08-011 JSW
                                     )
15              Plaintiff,           )
                                     )      **PETITION FOR WRIT OF HABEAS**
16      v.                           )      **CORPUS AD PROSEQUENDUM**
                                     )
17  ANTHONY EVANS,                   )
                                     )
18              Defendant.           )
                                     )
19  _____ )

20

21  To the Honorable Maria-Elena James, United States Magistrate Judge for the United

22  States District Court for the Northern District of California:

23         The United States of America respectfully petitions the Court to issue a Writ of

24  Habeas Corpus Ad Prosequendum for the prisoner ANTHONY EVANS, a/k/a Anthony

25  Little.

26  //

27  //

28  //

    WRIT AD PROSEQUENDUM
    CR 08-011 JSW

1   Mr. Evans is required as the defendant in this matter before this Court. His place of

2   custody and jailor are set forth in the following writ.

3

4   DATED: February 11, 2008                    Respectfully submitted,

5                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
6

7

8                                               OWEN P. MARTIKAN
                                                Assistant U.S. Attorney
9

10

11  IT IS SO ORDERED.

12  DATED: February 11, 2008

13

14                                              THE HON. MARIA-ELENA JAMES
                                                United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM
CR 08-011 JSW                        2

1  **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2  To James J. Molinari, United States Marshal for the Northern District of California; any

3  of his authorized deputies; and Jailor or Warden of SAN QUENTIN STATE PRISON,

4  San Quentin, California 94964:

5

6  **GREETINGS**

7  The prisoner ANTHONY EVANS, a/k/a Anthony Little (D.O.B. 05/14/77;

8  CDC # F76003; SSN 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), is now in custody in the above-referenced

9  institution. He is required to appear on criminal charges now pending against him in the

10 United States District Court for the Northern District of California, 450 Golden Gate

11 Avenue, San Francisco, California 94102. Accordingly,

12 WE COMMAND that you produce the prisoner in this Court

13 FORTHWITH. You shall bring him before Magistrate Maria-Elena James on February

14 14, 2008. You shall produce the prisoner at all times necessary until the termination of

15 the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the

16 above-referenced institution, or abide by whatever further order the Court may make

17 concerning his custody.

18 WE FURTHER COMMAND that if the prisoner is to be released from

19 custody in the above-referenced institution, he be IMMEDIATELY delivered to the

20 United States Marshal or any of his authorized deputies under this writ.

21 WITNESS the Honorable Maria-Elena James, United States Magistrate

22 Judge of the United States District Court for the Northern District of California.

23 Dated: February __, 2008           CLERK
                                      UNITED STATES DISTRICT COURT
24                                    NORTHERN DISTRICT OF CALIFORNIA

25                                              BRENDA TOLBERT

26                                    DEPUTY CLERK

27

28

WRIT AD PROSEQUENDUM
CR 08-011 JSW