UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

Date: February 28, 2008

Case No.  CR- 08-0011  JSW            Judge:  Jeffrey S. White

United States of America   v.  Anthony Evans
　　　　　　　　　　Defendant
　　　　　　　　　　Present ( X ) Not Present (  ) In-Custody ( X )

| Owen Martikan | Joseph Morehead |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: Margo Gurule

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Discovery, except a TSA video, has been turned over to the defense. The video will be turned over as soon as Government counsel receives it.

Case Continued to 3-27-08 at 2:30 p.m. for Trial / Motion setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**