JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0011 JSW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 28, 2008 THROUGH MARCH 27, 2008 |
| ANTHONY EVANS, ) | |
|    Defendant. ) | |

   On February 28, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from February 28, 2008, through March 27, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0011 JSW

and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 03/03/2008                  /s/ Owen Martikan
                                  OWEN P. MARTIKAN
                                  Assistant United States Attorney

DATED: 03/03/2008                  /s/ Joseph Morehead
                                  JOSEPH MOREHEAD
                                  Attorney for Anthony Evans

As the Court found on February 28, 2008, and for the reasons stated above, an exclusion of time from February 28, 2008, through March 27, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____
                                  THE HONORABLE JEFFREY S. WHITE
                                  United States District Court Judge