1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   OWEN P. MARTIKAN (CSBN 177104)
    Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
8
    Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )   No. CR 08-0011 JSW
                                        )
15           Plaintiff,                 )
                                        )   STIPULATION AND [PROPOSED]
16      v.                              )   ORDER EXCLUDING TIME FROM
                                        )   FEBRUARY 28, 2008 THROUGH
17   ANTHONY EVANS,                     )   MARCH 27, 2008
                                        )
18           Defendant.                 )
                                        )
19   _____)

20

21          On February 28, 2008, the parties in this case appeared before the Court for a status

22   conference.  The parties stipulated and the Court agreed that time should be excluded from the

23   Speedy Trial Act calculations from February 28, 2008, through March 27, 2008, for effective

24   preparation of defense counsel.  The parties represented that granting the continuance was the

25   reasonable time necessary for effective preparation of defense counsel, taking into account the

26   exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

27   ends of justice served by granting such a continuance outweighed the best interests of the public

28   //

1    and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2

3    SO STIPULATED:

4                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney

5

6    DATED: 03/03/2008                       /s/ Owen Martikan
                                         OWEN P. MARTIKAN
7                                        Assistant United States Attorney

8

9    DATED: 03/03/2008                       /s/   Joseph Morehead
                                         JOSEPH MOREHEAD
10                                       Attorney for Anthony Evans

11

12        As the Court found on February 28, 2008, and for the reasons stated above, an exclusion of

13   time from February 28, 2008, through March 27, 2008, is warranted because the ends of justice

14   served by the continuance outweigh the best interests of the public and the defendant in a speedy

15   trial.  *See* 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny

16   defense counsel the reasonable time necessary for effective preparation, taking into account the

17   exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

18   §3161(h)(8)(B)(iv).

19

20   SO ORDERED.

21

22

23   DATED: March 4, 2008
                                         THE HONORABLE JEFFREY S. WHITE
24                                       United States District Court Judge

25

26

27

28