JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ANTHONY EVANS, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 08-0011 JSW <br><br> JOINT STATUS AND TRIAL SETTING STATEMENT |

**INTRODUCTION**

    This case involves a four count indictment charging defendant Anthony Evans with two counts of violating 49 U.S.C. § 46503, Interference with Security Screening Personnel, one count of violating 18 U.S.C. § 1001(a)(3), Use of a False Document, and one count of violating 18 U.S.C. § 1036, Attempted Entry into a Secure Airport Area by False Pretenses. The charges arise out of an incident at San Francisco International Airport on December 21, 2007. The defendant is currently in custody.

    The parties report on the status of this case as follows:

JOINT STATUS CONF. STATEMENT
CR 08-0011 JSW

**I.    STATUS OF DISCOVERY.**

The United States has completed its discovery, and does not anticipate any discovery from the defense.

**II.    ANTICIPATED MOTION PRACTICE.**

The parties do not anticipate any motion practice.

**III.    TRIAL AND PRETRIAL SCHEDULE.**

The Speedy Trial Act date for trying this case is May 22, 2008. The parties anticipate a three- or four-day jury trial, depending upon the number of witnesses and whether certain facts and documents can be stipulated into evidence.

The parties suggest a trial beginning May 19, 2008, a pre-trial conference on May 12, 2008 at 2:00pm, and a filing deadline of April 28, 2008 for pre-trial papers.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 27, 2008             /s/ Owen Martikan
OWEN P. MARTIKAN
Assistant United States Attorney

DATED: March 27, 2008             /s/ Joseph Morehead
JOSEPH MOREHEAD
Attorney for Anthony Evans