UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  March 27, 2008

Case No.  CR- 08-0011  JSW          Judge:  Jeffrey S. White

United States of America   v.  Anthony Evans
                    Defendant
                    Present (X) Not Present (  ) In-Custody (X )

       Owen Martikan                    Joseph Morehead
       U.S. Attorney                    Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Kathy Powell

## PROCEEDINGS

REASON FOR HEARING: Trial / Motion Setting

RESULT OF HEARING:   A joint status report has been received and reviewed by the Court.

           4-21-08 is the deadline for pretrial filings.

Case Continued to 5-5-08 at 2:00 p.m.  for Pretrial Conference

Case Continued to 5-19-08 at 8:30 a.m. for Jury Trial

Case Continued to 5-14-08 at 8:30 a.m. for Jury Selection