JOSEPH MOREHEAD/SBN 45650
Attorney at Law
1155 Pine Street
San Francisco, CA 94109
Telephone No.: (415) 441-1112

Attorney for Defendant
Anthony Evans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHONY EVANS,<br><br>                Defendant. | Case No. CR 08-0011 JSW<br><br>STIPULATION TO VACATE TRIAL DATE AND TRIAL MOTION DATE |

TO THE CLERK OF THE COURT:

The government and defense counsel have arrived at a disposition of this case by the entry of a plea of guilt by the defendant on May 5, 2008. For this reason, the government and the defense have stipulated to vacate the May 14, 2008, trial date and the April 21, 2008, trial memorandum filing date.

The government and the defense request that the date of May 5, 2008, be confirmed as the date for the entry of a plea.

IT IS SO STIPULATED:

Dated: 4/16/08

_____
OWEN P. MARTIKAN
Assistant United States Attorney

Dated: 4-17-08

_____
JOSEPH MOREHEAD
Attorney for Defendant Anthony Evans

STIPULATION TO VACATE TRIAL DATE AND TRIAL MOTION DATE      1