1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )   No. CR 08-0011 JSW
                                     )
14       Plaintiff,                  )
                                     )   [PROPOSED] ORDER VACATING PRE-
15    v.                             )   TRIAL DEADLINES AND SETTING
                                     )   CASE FOR CHANGE OF PLEA
16  ANTHONY EVANS,                   )
                                     )
17       Defendant.                  )
                                     )
18  _____)

19
         Pursuant to the parties' stipulation and for good cause shown, the pre-trial filing
20
    deadlines in this case are hereby VACATED, and this matter will be set for change of plea on
21
    May 5, 2008 at 2:00pm.
22
         SO ORDERED.
23

24

25

26  DATED: _____     _____
                                     HON. JEFFREY S. WHITE
27                                   UNITED STATES DISTRICT JUDGE

28

[PROPOSED] ORDER VACATING PRE-TRIAL DEADLINES