JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                     )<br>      Plaintiff,         )<br>                     )<br>    v.                    )<br>                     )<br>ANTHONY EVANS,       )<br>                     )<br>      Defendant.     )<br>_____) | No. CR 08-0011 JSW<br><br>~~[PROPOSED]~~ ORDER VACATING PRE-<br>TRIAL DEADLINES AND SETTING<br>CASE FOR CHANGE OF PLEA |

      Pursuant to the parties' stipulation and for good cause shown, the pre-trial filing

deadlines in this case are hereby VACATED, and this matter will be set for change of plea on

May 5, 2008 at 2:00pm.

      SO ORDERED.

DATED: _____     April 17, 2008

                             _____
                             HON. JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE