UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  May 5, 2008

Case No.  CR- 08-0011  JSW          Judge:  Jeffrey S. White

United States of America  v.  Anthony Evans
                                      Defendant
                                      Present ( X )  Not Present ( )  In-Custody ( X )

Owen Martikan                                      Joseph Morehead
U.S. Attorney                                       Defense Counsel

Deputy Clerk: Jennifer Ottolini           Court Reporter: Belle Ball


### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**     The Defendant is sworn.

                            The Court voir dired the Defendant re: Change of Plea

                            **The Defendant pled guilty to Counts one, two and three of the Indictment in violation of 49 USC § 46503 - counts 1 & 2 and 18 USC § 1001(a)(3) - count 3.**

                            **The Court accepted the plea of guilty.**
                            **The Plea Agreement is ordered filed.**
                            **The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.**

                            The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

                            The Defendant remains in U. S. Marshal custody.


**Case Continued to July 24, 2008 at 2:30 p.m. for Judgment and Sentencing**