| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CNB 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CSBN 177104)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7241
FAX: (415) 436- 7234
owen.martikan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0011 JSW |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ANTHONY EVANS, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE
CR 08-0011 JSW

1

**1**                         **CERTIFICATE OF SERVICE**

**2**      The undersigned hereby certifies that she is an employee of the office of the United States

**3** Attorney, Northern District of California, and is a person over 18 years of age and not a party of

**4** the within action.

**5**      In the case of **UNITED STATES v. ANTHONY EVANS, CR 08-0011 JSW,** the

**6** undersigned certifies that, on July 18, 2008, she served a copy of **United States' Sentencing**

**7** **Memorandum**, via facsimile; and she also served a copy of the CD (as bastes numbered

**8** USA0074), which was attached as **Exhibit 1** and being manually filed to the Court on March 17,

**9** 2008, to the United States' Sentencing Memorandum, via Federal Express, on March 4, 2008, to

**10** the party or parties set below:

**11**

**12**                         Joseph Morehead, Esq.

**13**                         1155 Pine Street

**14**                         San Francisco, CA 94109

**15**                         Fax: 415-776-3434

**16**

**17**

**18**      I declare under penalty of perjury that the foregoing is true and correct, and executed in

**19** San Francisco, California.

**20**

**21** Dated:   July 18, 2008

**22**

**23**                              /s/ Hui Chen
                                   _____
**24**                              HUI CHEN

**25**                              United States Attorney's Office

**26**

**27**

**28**

CERTIFICATE OF SERVICE
CR 08-0011 JSW                                                                                    2