IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 08-00011 JSW |
| v. | **ORDER** |
| ANTHONY EVANS, | |
|     Defendant. | |

The Court HEREBY ADVISES all parties and their respective counsel that it is considering an upward departure, pursuant to United States Sentencing Guideline § 4A1.3(a)(4), based upon under representation of the Defendant's criminal history category, or, in the alternative, a non-guidelines sentence.

**IT IS SO ORDERED.**

Dated: July 22, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE