UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: July 24, 2008

Case No. CR- 08-0011 JSW          Judge: Jeffrey S. White

United States of America  v.  Anthony Evans
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( X )

Owen Martikan                    Joseph Morehead
U.S. Attorney                    Defense Counsel

Deputy Clerk: Jennifer Ottolini          Court Reporter: Katherine Sullivan


PROCEEDINGS

REASON FOR HEARING: Judgment and Sentencing


RESULT OF HEARING:
The Court determined the proper guideline calculations as follows:
Offense level: 13; Criminal History Category: VI = 33 to 41 months.

The defendant is sentenced as follows:

Commitment to the Bureau of Prisons for a total of 60 months on count one, 60 months on count two and 60 months on count three, all counts to be served concurrently; followed by 3 years supervised release on each of the above counts, each count to be served concurrently. Obey all laws and the standard conditions of release and the following special conditions:

1. Participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer;
2. Submit to search and seizure;
3. Not associate with any member of the Down Below Gang, or any other gang;
4. Not be in the vicinity of the Sunnydale District of San Francisco, unless approved by the probation officer;
5. Not own or possess any firearms, ammunition, destructive devices or other dangerous weapons;
6. Comply with the portion of this judgment that required that notice be given to all victims of the offense;
7. Cooperate in the collection of DNA, as directed by the probation officer.

Pay $300 special assessment, due immediately.

Fine waived.
**The Government moved to dismiss count 4: GRANTED**