**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 08-00011-1 JSW |
|   v. | **ORDER DENYING MOTIONS FOR JUDICIAL RECOMMENDATION OF HALFWAY HOUSE OR HOME DETENTION** |
| ANTHONY EVANS, | |
|     Defendant. | |

    The Court has received and considered Defendant's Motion for Judicial Recommendation of Halfway House or Home Detention and his amended motion seeking the same relief, and it finds the matters are suitable for disposition without a hearing. The Court appreciates and recognizes the efforts Defendant has made during his incarceration. However, the Court declines to recommend that he be placed in a halfway house or in home detention.

    Accordingly, the motions are DENIED.

    **IT IS SO ORDERED.**

Dated: December 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE